**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 3:09CR-49-JHM** |
| **KEITH DOUGLAS PHILLIPS** | **DEFENDANT** |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Scott Davis, Assistant United States Attorney. The hearing was recorded by Dena Legg, Official Court Reporter. The Defendant, Keith Douglas Phillips, by consent and with William Yesowitch, CJA appointed counsel, appeared in open court on April 10, 2009, and entered a plea of guilty as to Count 1 Information pursuant to Rule 11 (c)(1)(b) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Information, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to Count 1 in the Information and have sentence imposed accordingly.

Sentencing is hereby scheduled for **July 6, 2009 at 11:00 a.m.** before the Honorable Joseph H. McKinley, Jr., United States District Court Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall be **remanded** to the custody of the United States Marshal.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

40